UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:20 CR 588 |
| | ) | |
| Plaintiff | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| v. | ) | ORDER ACCEPTING PLEA |
| | ) | AGREEMENT, JUDGMENT AND |
| RICHARD R. GILL, | ) | REFERRAL TO U.S. PROBATION |
| | ) | OFFICE |
| Defendant | ) | |

This case is before the Court on a Report and Recommendation filed by United States

Magistrate Judge Kathleen B. Burke, regarding the change of plea hearing of Richard R. Gill, which

was referred to the Magistrate Judge with the consent of the parties.

On October 9, 2020, the government filed a 1 count Indictment, charging

Defendant Gill, with Felon in Possession of a Firearm, in violation of Title 18 U.S.C. § 922(g)(1)

and 924(a)(2). Defendant was arraigned on October 19, 2020, and entered a plea of not guilty to

count 1 of the Indictment, before Magistrate Judge Burke.  On January 12, 2021, Magistrate Judge

Burke received Defendant Gill's plea of guilty to count 1 of the Indictment, and issued a Report and

Recommendation ("R&R"), concerning whether the plea should be accepted and a finding of guilty

entered.

Neither party submitted objections to the Magistrate Judge's R&R in the fourteen days after

it was issued.

On de novo review of the record, the Magistrate Judge's R&R is adopted.  Defendant Gill

is found to be competent to enter a plea and to understand his constitutional rights. He is aware of

the charges and of the consequences of entering a plea.  There is an adequate factual basis for the

plea.  The court finds the plea was entered knowingly, intelligently, and voluntarily.  The plea agreement is approved.

Therefore, Defendant Richard R. Gill is adjudged guilty to count 1 of the Indictment, in violation of Title 18 U.S.C. Sections 922(g)(1) and 924(a)(2).  This matter was referred to the U.S. Probation Department for the completion of a pre-sentence investigation and report.  Sentencing will be on May 4, 2021, at 11:00 a.m. in Courtroom 17A, Carl B. Stokes United States Court House, 801 West Superior Avenue, Cleveland, Ohio.

IT IS SO ORDERED.

/s/*SOLOMON OLIVER, JR.*
UNITED STATES DISTRICT JUDGE

February 10, 2021